IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAKE CASCADE AIRPARK, LLC, an Idaho limited liability company; DONALD MILLER and CANDACE W. MILLER, husband and wife,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>NORTHWEST FARM CREDIT SERVICES, FLCA, a federally chartered Instrumentality of the United States of America,<br><br>　　　　　　Defendant. | CASE NO. 1:14-cv-00240-BLW<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　THE COURT, having read the Stipulation for Dismissal with Prejudice (Docket No. 34) between the Plaintiffs Lake Cascade Airpark, LLC, Donald Miller and Candace Miller, by and through their attorney of record, Phillip S. Oberrecht, of the firm Greener Burke Shoemaker Oberrecht P.A., and the Defendant Northwest Farm Credit Services, FLCA, by and through its attorney of record Ron Kerl, of the firm Cooper & Larsen, Chtd., whereby the parties have stipulated and agreed that the above and foregoing action may be dismissed, with prejudice, with each party to bear their own attorney fees and costs of suit.

　　　　NOW, THEREFORE IT IS HEREBY ORDERED, for good cause shown, that the above and foregoing action may be dismissed, with prejudice, with each party to bear their own attorney fees and costs of suit.

　　　　IT IS FURTHER ORDERED, that the Clerk shall close this case.



DATED: **August 13, 2015**

B. LYNN WINMILL
Chief Judge
United States District Court